# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSEPH MINER, an individual,<br><br>　　Plaintiff,<br><br>vs.<br><br>CHRISTINA NEWSOM, individually; LONI BROCK, individually; TIYLER MESSER, individually; RICHARD MIN, individually; ERICK BECERRIL, individually; JERRYL SORIANO, individually; TUAN VU, individually; CITY OF DESERT HOT SPRINGS, a political subdivision of the State of California; and DOE DEFENDANTS 1-20,<br><br>　　Defendants. | CASE NO. 8:22cv01043-CAS-MAAx<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Second Amended Complaint Served: December 19, 2022<br>Current Response Date: January 3, 2023<br>New Response Date: January 17, 2023 |

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

- 1 -
**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

C2001/027 - 473891.1

# ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Good cause appearing, the Court grants the parties' Stipulation to Extend Time to Respond to Second Amended Complaint as follows:

The deadline for Defendants TUAN-ANH VU, CHRISTINA NEWSOM, LONI BROCK, TIYLER MESSER, RICHARD MIN, ERICK BECERRIL, JERRYL SORIANO, CITY OF DESERT HOT SPRINGS (collectively, "Defendants") to respond to Plaintiff, JOSEPH MINER's Second Amended Complaint is extended from January 3, 2022 to January 17, 2022.

IT IS SO ORDERED.

Dated: December 21, 2022

*/s/ Christina A. Snyder*

Hon. Christina A. Snyder

STREAM KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
SUITE 700
RIVERSIDE, CA 92501-3335
(951) 783-9470

- 3 -
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

C2001/027 - 473891.1