# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH MINER, | Case No.: 8:22-cv-01043-CAS-MAAx |
| Plaintiff, | ORDER |
| vs. | |
| CHRISTINA NEWSOM; ET AL., | |
| Defendants. | |

## ORDER

Having considered the Stipulations executed by all parties and a reasonable time proposed, the Court orders the following on the response dates for defendants' motions to dismiss:

| | |
|---|---|
| New Date for Plaintiff's Response to Motions to Dismiss: | February 24, 2023 |
| New Date for Defendants' Reply to Plaintiff's Response: | March 13, 2023 |
| New Hearing Date on Defendants' Motions to Dismiss: | March 27, 2023 at 10:00 A.M. |

IT IS SO ORDERED.

DATED: February 6, 2023

*Christina A. Snyder*
Honorable CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE